### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Ballard, | Civil No. 05-2987 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Allied Interstate, Inc., | |
| Defendant. | |

Based upon the Stipulation of counsel, **IT IS HEREBY ORDERED** that the above action may be, and hereby is, **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated: June 13, 2006

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge